**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 14-1546**

―――――――――――

WILLIAM SCOTT DAVIS, II, and a minor JFD as next best
friend,

                Plaintiff - Appellant,

       v.

MICHELLE JOY JAWORSKI; MELANIE A. SHEKITA; JEFF FORD; TONY
BELL; UNITED STATES DEPARTMENT OF STATE,

                Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Rebecca Beach Smith,
Chief District Judge.  (4:13-cv-00063-RBS-DEM)

―――――――――――

Submitted:  October 16, 2014      Decided:  October 20, 2014

―――――――――――

Before MOTZ, WYNN and THACKER, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

William Scott Davis, II, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, II, appeals the district court's order dismissing his complaint and imposing a pre-filing review system and its subsequent order denying his several motions for reconsideration and his motions for stay pending appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. Consequently, we deny as moot Davis' motion to stay the district court's judgment and enforcement of the pre-filing review system pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED